IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> OF COASTAL PRODUCTION LLC, AS § <br> OWNER OF THE VESSEL § <br> JONATHAN WOODWARD, ITS ENGINES, § <br> TACKLE, ETC., IN A CAUSE OF § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | C.A. NO.2:25-cv-00139 |

**MOTION FOR ORDER APPROVING PETITIONER'S UNSWORN DECLARATION OF VALUE, UNSWORN DECLARATION OF PENDING FREIGHT AND *AD INTERIM* STIPULATION FOR VALUE AND STIPULATION FOR COSTS AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS AND <u>RESTRAINING PROSECUTION OF CLAIMS</u>**

Petitioner, Coastal Production LLC, as owner of the M/V JONATHAN WOODWARD, its engines, tackle, etc. (hereinafter "Petitioner"), through its attorneys Royston, Rayzor, Vickery & Williams, LLP, file this their Motion for Order Approving Petitioner's Unsworn Declaration of Value, Unsworn Declaration of Pending Freight and *Ad Interim* Stipulation of Value and Stipulation of Costs and Directing Issuance of Notice to Claimants and Restraining Prosecution of Claims, all such relief as provided in 46 U.S.C. § 30501 *et seq*. and Rule F of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure. Petitioner seeks an Order approving Petitioner's *Ad Interim* Stipulation of Value regarding Petitioner's interest in the M/V JONATHAN WOODWARD, directing issuance of notice to all claimants, and restraining and staying all proceedings against Petitioner and the M/V JONATHAN WOODWARD relating to the voyage described in the Complaint.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP

By: */s/ Ronald W. Dennis*
Ronald W. Dennis, Attorney-in-Charge
State Bar No. 24036469
Federal Bar No. 33889
Benjamin Buford
State Bar No. 24128928
Federal Bar No. 3839158
802 N. Carancahua, Suite 1300
Corpus Christi, TX 78401
Telephone: (361) 884-8808
Facsimile: (361) 884-7261
ronald.dennis@roystonlaw.com
benjamin.buford@roystonlaw.com
**ATTORNEYS FOR PETITIONER COASTAL PRODUCTION LLC**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**