United States District Court
Southern District of Texas
**ENTERED**
June 12, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF COASTAL PRODUCTION LLC, AS | § | |
| OWNER OF THE VESSEL | § | |
| JONATHAN WOODWARD, ITS ENGINES, | § | Case No. 2:25-cv-00139 |
| TACKLE, ETC., IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**ORDER APPROVING PETITIONER'S UNSWORN DECLARATION OF
VALUE, UNSWORN DECLARATION OF PENDING FREIGHT, AND *AD
INTERIM* STIPULATION FOR VALUE AND STIPULATION FOR COSTS,
AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS AND
<u>RESTRAINING PROSECUTION OF CLAIMS</u>**

A Complaint and Petition for Exoneration From or Limitation of Liability having been filed herein on the 3rd day of June, 2025, by Petitioner Coastal Production LLC ("Petitioner"), pursuant to 46 U.S.C. App. § 30501 *et seq.,* and Rule F of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Action for any loss, damage, death, injury or destruction allegedly caused by or resulting from the December 3, 2024, voyage of the M/V JONATHAN WOODWARD (the "Vessel"), as more fully described in the Complaint and Petition, and Petitioner having filed an Unsworn Declaration of Value of the Vessel, having filed an Unsworn Declaration of the pending freight recovered or recoverable for the voyage, as well as averring the same in the Complaint and Petition, and having filed an *Ad Interim* Stipulation for Value and Stipulation for Costs, all as required by the rules of this Court and the law;

NOW, THEREFORE, upon motion of Petitioner, the Court ORDERS as follows:

- APPROVAL OF UNSWORN DECLARATION OF VALUE, UNSWORN
  DECLARATION OF PENDING FREIGHT, AND STIPULATION FOR COSTS.

  Pursuant to the Unsworn Declaration of Value, Unsworn Declaration of Pending Freight

and *Ad Interim* Stipulation for Value and Stipulation for Costs, Petitioners' interest in the Vessel, and the pending freight, if any, is in the Principal amount of Three Hundred and Seventy-five Thousand and 00/100 United States dollars ($375,000.00 USD), plus $1,000 for costs, with interest thereon at a rate of 6 percent per annum from the date thereof, and the *Ad Interim* Stipulation for Value and Stipulation for Costs, executed by Nathan Ahart, AVP on behalf of RLI Insurance Co. and Petitioner, and filed herein by Petitioner, be accepted as a stipulation for value for the purpose of the limitation proceeding and that it be approved as to form, quantum and surety.

- MOTIONS FOR APPRAISAL PERMITTED. Petitioner and any claimant who may properly become a party hereto may contest the amount or value of Petitioner's interest in the Vessel and the pending freight, if any, and may move the Court for due appraisal of said interest and may apply to have the amount increased or diminished, as the case may be, or the determination of the Court of the amount or value of said interest.

- MONITION. The Clerk shall issue a Monition bearing the seal of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court, in writing, and to serve on the aforementioned attorneys for Petitioner a copy thereof on or before the 12th day of September, 2025 (the "Default Date"), or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, such claimant shall file and serve on attorneys for Petitioner an Answer to the Complaint on or before the Default Date unless such claimant's claim has included an answer to the Complaint so designated, or be defaulted.

- PUBLICATION AND NOTICE.  The aforesaid Monition shall be published in the form attached to this order as Exhibit A for four successive weeks prior to the Default Date in a newspaper of general circulation published in the City of Corpus Christi, State of Texas, namely, the Corpus Christi Caller-Times.  Copies of the Monition shall also be mailed in accordance with Rule F of the Federal Rules of Civil Procedure to every person known to have asserted any claim or filed any action against the Vessel and/or Petitioner, arising out of the voyage of December 3, 2024.

- INJUNCTION: The commencement and/or further prosecution of any claim, action or proceeding against Petitioner and/or the Vessel and/or their underwriters or any of Petitioner's property with respect to any claim or action for which Petitioner seeks exoneration from or limitation of liability, including any claim or action arising out of or connected in any way with any loss, damage, death, injury or destruction resulting from the casualty described in the Complaint and Petition shall be, and any such claim or action is hereby stayed and restrained, and all prior orders, rulings or decrees issued in conjunction with any heretofore filed actions or claims are stayed and restrained until the hearing and determination of this proceeding.  Petitioner may make service of this Order as a Restraining Order through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or their respective attorneys, or alternatively, by hand delivery or, alternatively, by facsimile and/or by email.

- APPROVAL OF COST TENDER: Pursuant to Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil

Procedure, the Court approves Petitioner's request to make a deposit of $1,000 into the

registry of the Court.

This order TERMINATES document numbers 2 and 3 on the Court's docket sheet.

ORDERED on this 12th day of June, 2025.

MITCHEL NEUROCK
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION | § | |
| OF COASTAL PRODUCTION LLC, AS | § | |
| OWNER OF THE VESSEL | § | |
| JONATHAN WOODWARD, ITS ENGINES, | § | Case No. 2:25-cv-00139 |
| TACKLE, ETC., IN A CAUSE OF | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR
<u>EXONERATION FROM OR LIMITATION OF LIABILITY</u>**

**IN RE THE COMPLAINT AND PETITION OF COASTAL
PRODUCTION LLC AS OWNER OF THE VESSEL
JONATHAN WOODWARD, ITS ENGINES, TACKLE, ETC.,
IN A CAUSE OF EXONERATION FROM OR LIMITATION
OF LIABILITY**

**CIVIL ACTION NUMBER 2:25-cv-00139, UNITED STATES
DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS**

**NOTICE IS HEREBY GIVEN** that Coastal Production
LLC, as owner of the M/V JONATHAN WOODWARD, its
engines, tackle, etc., (hereinafter "Petitioner"), has filed a
Complaint and Petition for Exoneration From or Limitation
of Liability pursuant to 46 U.S.C. App. § 30501 et seq., and
Rule F of the Supplemental Rules for Admiralty or Maritime
Claims & Asset Forfeiture Actions, claiming the right to
exoneration from or limitation of liability for all claims for
loss, damage, death, injury or destruction allegedly caused
by, or arising out of, the M/V JONATHAN WOODWARD'S
voyage from Galveston, Texas, to Rockport, Texas,
beginning on December 3, 2024, and ending on December 4.
2024. As set forth in more detail in the Complaint and
Petition, one of the persons on board the M/V JONATHAN
WOODWARD claims to have sustained injuries during the
voyage.

The M/V JONATHAN WOODWARD is a 1997 Breaux
Bay Craft crew boat, flying the flag of the Unites States of
America, with MMSI# 367798590, USCG# 586207, and

call sign WDJ6520, of approximately of 50 gross tons and 61 feet in length.

All persons, firms, corporations or other legal entities asserting claims with respect to which the Complaint and Petition seek limitation and/or exoneration are advised to file their respective claims under oath, as provided by Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of Court at the United States District Courthouse, Southern District of Texas, Corpus Christi Division, 1133 N. Shoreline Blvd. Corpus Christi, TX 78401 and to serve on the attorneys for Petitioner, Royston, Rayzor, Vickery & Williams, L.L.P., Ronald W. Dennis, 802 N. Carancahua, Suite 1300, Corpus Christi, Texas 78401, a copy thereof, on or before the **12th day  of September, 2025**, or be defaulted.  Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right to limitation of liability shall file and serve an answer to the Complaint on or before the above date unless his claim has included an Answer, all as required by Rule F(5) of the  Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions.

Done at Corpus Christi, Texas, this 12th day of June, 2025.

NATHAN OCHSNER
UNITED STATES DISTRICT CLERK