**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION § <br> OF COASTAL PRODUCTION LLC, AS § <br> OWNER OF THE VESSEL § <br> JONATHAN WOODWARD, ITS ENGINES, § <br> TACKLE, ETC., IN A CAUSE OF § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | C.A. NO.2:25-cv-00139 |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

TO THE HONORABLE DISTRICT JUDGE:

Claimant, Richard Shelton, and Petitioner, Coastal Production LLC, as owner of the M/V JONATHAN WOODWARD, its engines, tackle, etc. (collectively, the "Parties"), jointly notify the Court that they have reached a full and final settlement resolving all claims, demands, and causes of action asserted or that could have been asserted in this matter.

Accordingly, the Parties jointly move the Court to dismiss, with prejudice, all claims and causes of action asserted by Claimant Richard Shelton against Petitioner Coastal Production LLC arising from or relating to the incident forming the basis of this proceeding.

The Parties further request that the Court order each party to bear its own attorneys' fees, court costs, and expenses.

WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing with prejudice all claims and causes of action asserted by Claimant Richard Shelton against Petitioner Coastal Production LLC, with each party to bear its own costs and fees, and grant such other and for such other relief to which they may be justly entitled.

[*signature page to follow*]

Respectfully submitted,

PERKINS & PERKINS

By: */s/ Jared Perkins w/permission*
Jared Perkins
Texas Bar No. 24106675
Federal Id. No. 3850882
jared@perkinsperkinslaw.com
Eric D. Perkins
Texas Bar No. 15785060
Federal Id. No. 15920
eric@perkinsperkinslaw.com
John C. Duff
Texas Bar No. 24086979
Federal Id. No. 3372605
Jduff@perkinsperkinslaw.com
2203 Baldwin Blvd.
Corpus Christi, TX 78405
Tel. (361) 853-2120
Fax. (361) 333-8066
**ATTORNEYS FOR CLAIMANT**

-AND-

ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP

By: */s/ Ronald W. Dennis*
Ronald W. Dennis, Attorney-in-Charge
State Bar No. 24036469
Federal Bar No. 33889
Benjamin Buford
State Bar No. 24128928
Federal Bar No. 3839158
802 N. Carancahua, Suite 1300
Corpus Christi, TX 78401
Telephone: (361) 884-8808
Facsimile: (361) 884-7261
ronald.dennis@roystonlaw.com
benjamin.buford@roystonlaw.com
**ATTORNEYS FOR PETITIONER, COASTAL PRODUCTION LLC**

## CERTIFICATE OF SERVICE

      I certify that the foregoing instrument was served on the following via the means indicated below on this 12th day of December 2025, to the following:

ECF
Jared Perkins
Eric D. Perkins
John C. Duff
2203 Baldwin Blvd.
Corpus Christi, Texas 78405
jared@perkinsperkinslaw.com
eric@perkinsperkinslaw.com
jduff@perkinsperkinslaw.com
*Counsel for Claimant*
*Richard Shelton*

                              */s/ Ronald W. Dennis*

                              **OF ROYSTON, RAYZOR, VICKERY & WILLIAMS L.L.P.**